# EXHIBIT B

## EXHIBIT B

**Preliminary Infringement Claim Chart of U.S. Patent No. 8,498,439 ("the '439 Patent")**

The following chart, which is based on presently available public information, details how the Accused Instrumentalities literally and/or under the doctrine of equivalents meet each and every limitation of at least claims 1 and 11 of the '439 Patent.

The claim charts for claims 1 and 11 of the '439 Patent are merely illustrative, and Perceptix believes that Meta directly and/or indirectly infringes all of the claims of the '439 Patent.

Perceptix expressly reserves the right to supplement, amend, or revise this chart, including but not limited to the assertion of additional claims and the identification of further accused products or instrumentalities, as additional facts are developed through discovery.

**'439 Patent Claim 1**

**A headset for a user specific audio service, comprising:**

a sensing unit sensing whether or not the headset is put on;

an information collecting unit determining whether or not the headset is put on by the sensing unit and collecting current situation information of a user when the headset is put on; and

an information processing unit generating a user profile based on the current situation information of the user, and controlling an audio signal output of a digital audio device based on the generated user profile.

Perceptix does not express a position at this time as to whether the preamble of this claim limits its scope, but to the extent that "headset" is deemed limiting, examples of such "headset" include, but are not limited to, the original Meta Quest (also referred to as Oculus Quest), Meta Quest 2, Meta Quest 3, and Meta Quest Pro (collectively referred to as "Meta Headsets" or "Accused Instrumentalities" herein, and individually as a "Meta Headset"). The figure below shows a perspective view of one such Meta Headset. Further, to the extent "a user specific audio service" is deemed limiting, the Meta Headsets provide "a user specific audio service" as described below.



**'439 Patent Claim 1**

A headset for a user specific audio service, comprising:

<span style="color:red">**a sensing unit sensing whether or not the headset is put on;**</span>

an information collecting unit determining whether or not the headset is put on by the sensing unit and collecting current situation information of a user when the headset is put on; and

an information processing unit generating a user profile based on the current situation information of the user, and controlling an audio signal output of a digital audio device based on the generated user profile.

Page 4 of 37

As shown below, the Meta Headsets include a sensing unit. For example, the sensing unit may include a proximity sensor, which senses whether or not the headset is put on. The figure below shows one such proximity sensor (pointed to by a blue arrow). As other examples, the sensing unit may include a motion detection unit and/or another sensor of each Meta Headset that senses whether or not the headset is put on.



PROXIMITY SENSOR

**'439 Patent Claim 1**

A headset for a user specific audio service, comprising:

a sensing unit sensing whether or not the headset is put on;

an information collecting unit determining whether or not the headset is put on by the sensing unit and collecting current situation information of a user when the headset is put on; and

an information processing unit generating a user profile based on the current situation information of the user, and controlling an audio signal output of a digital audio device based on the generated user profile.

The Meta Headsets have an information collecting unit that determines whether or not the headsets are put on by the sensing unit. For example, the Meta Headsets include an accelerometer, a gyroscope, light sensing units such as side cameras and a proximity sensor, which in conjunction with a portion of a processor or a portion of a processor/memory chip set of the Meta Headsets, correspond to the claimed "information collecting unit" that determine, by using the sensed information provided by the sensing unit, whether or not the headset is put on. See the block diagram below of an exemplary Meta Headset and, in particular, the exemplary portion outlined in red (and pointed to by a red arrow).

## Block Diagram



Page 7 of 37

**'439 Patent Claim 1**

A headset for a user specific audio service, comprising:

a sensing unit sensing whether or not the headset is put on;

an information collecting unit determining whether or not the headset is put on by the sensing unit and **collecting current situation information of a user when the headset is put on; and**

an information processing unit generating a user profile based on the current situation information of the user, and controlling an audio signal output of a digital audio device based on the generated user profile.

The information collecting unit of the Meta Headsets also collects current situation information of a user when the headsets are put on. For example, the collected user information includes, but is not limited to, information from infrared and/or visible light cameras, and/or from other sensors, of the Meta Headsets about position and/or movement of the user's hand and fingers tracked within specific areas. Additionally, the collected user information includes, for example, information about Wi-Fi networks within range and head tracking information. Each Meta Headset, through the information collecting unit, collects camera, sensor, hand and finger position and movement, head tracking, and Wi-Fi network information when the headset is put on.

**'439 Patent Claim 1**

A headset for a user specific audio service, comprising:

a sensing unit sensing whether or not the headset is put on;

an information collecting unit determining whether or not the headset is put on by the sensing unit and collecting current situation information of a user when the headset is put on; and

<span style="color:red">**an information processing unit generating a user profile based on the current situation information of the user,**</span> and controlling an audio signal output of a digital audio device based on the generated user profile.

The Meta Headsets have an information processing unit that generates a user profile based on the current situation information of the user. For example, the information processing unit of each Meta Headset includes a portion of a processor or a portion of a processor/memory chip set, such as the processor outlined in red below (and pointed to by the red arrow). The information processing units of the Meta Headsets also generate one or more user profiles based on the current situation of the user. As one example, the claimed "user profile" corresponds to a three-dimensional (3D) model of the user's hand. By way of an example, the information processing unit of each Meta Headset generates a 3D model of the user's hand based on the current situation information of the user, for example, by utilizing camera and sensor information relating to the position and/or movement of the user's hand.

# Block Diagram

In the annotated image below, the red arrow points to an exemplary 3D model of the user's hand as generated by an exemplary Meta Headset.



**'439 Patent Claim 1**

A headset for a user specific audio service, comprising:

a sensing unit sensing whether or not the headset is put on;

an information collecting unit determining whether or not the headset is put on by the sensing unit and collecting current situation information of

a user when the headset is put on; and

an information processing unit generating a user profile based on the current situation information of the user, **and controlling an audio signal output of a digital audio device based on the generated user profile.**

The information processing unit of the Meta Headsets also controls an audio signal output of a digital audio device based on the generated user profile. For example, the Meta Headsets include a digital audio device that may include an audio digital signal processor (DSP) and/or an audio amplifier, whose audio signal output is controlled based on the generated user profile. The first annotated figure below shows one such audio DSP and four such audio amplifiers (outlined in red and pointed to by a red arrow) in a Meta Headset block diagram. As another example, the digital audio device of the Meta Headsets may include an integrated audio DSP and/or a digital-to-analog converter (DAC), whose audio signal output is controlled based on the generated user profile.

The information processing unit controls the audio signal output of the digital audio device based on the generated user profile according to at least two alternative techniques.

In a first alternative, the information processing unit controls the audio signal output of the digital audio device based on the 3D model of the user's hand interacting with a user interface (UI) element, such as a window, a menu, or a button. See the second annotated figure below.

In a second alternative, the information processing unit controls the audio signal output of the digital audio device based on the 3D model of the user's hand interacting with a volume slider UI element to adjust audio volume levels. See the third annotated figure below.



With respect to the first alternative above, the annotated figure below shows a menu button (outlined in red) displayed in a Meta Headset, which controls an audio signal output based on the 3D hand model interacting with the menu button.



With respect to the second alternative above, the annotated figure below shows a volume slider UI element (outlined in red) displayed in a Meta Headset, which controls an audio signal output based on the 3D hand model interacting with the UI element.



**'439 Patent Claim 11**

**A headset for a user specific audio service, comprising;**

a sensing unit sensing whether or not the headset is put on;

an information collecting unit determining whether or not the headset is put on by the sensing unit and collecting current situation information of a user when the headset is put on; and

an information processing unit generating a user profile based on the current situation information of the user, the current situation information including information about the user's surroundings, and controlling an audio signal output of a digital audio device based on the generated user profile.

Perceptix does not express a position at this time as to whether the preamble of this claim limits its scope, but to the extent that "headset" is deemed limiting, examples of such "headset" include, but are not limited to, the original Meta Quest (also referred to as Oculus Quest), Meta Quest 2, Meta Quest 3, and Meta Quest Pro (collectively referred to as "Meta Headsets" or "Accused Instrumentalities" herein, and individually as a "Meta Headset"). The figure below shows a perspective view of one such Meta Headset. Further, to the extent "a user specific audio service" is deemed limiting, the Meta Headsets provide "a user specific audio service" as described below.



**'439 Patent Claim 11**

A headset for a user specific audio service, comprising:
**a sensing unit sensing whether or not the headset is put on;**
an information collecting unit determining whether or not the headset is put on by the sensing unit and collecting current situation information of
a user when the headset is put on; and
an information processing unit generating a user profile based on the current situation information of the user, the current situation information
including information about the user's surroundings, and controlling an audio signal output of a digital audio device based on the generated
user profile.

As shown below, the Meta Headsets include a sensing unit. For example, as shown by the exemplary Meta Headset below, the sensing unit may include a proximity sensor, which senses whether or not the headset is put on. The figure below shows one such proximity sensor (pointed to by a blue arrow). As other examples, the sensing unit may include a motion detection unit and/or another sensor of each Meta Headset that senses whether or not the headset is put on.



PROXIMITY SENSOR

**'439 Patent Claim 11**

A headset for a user specific audio service, comprising:

a sensing unit sensing whether or not the headset is put on;

<span style="color:red">an information collecting unit determining whether or not the headset is put on by the sensing unit and</span> collecting current situation information of a user when the headset is put on; and

an information processing unit generating a user profile based on the current situation information of the user, the current situation information including information about the user's surroundings, and controlling an audio signal output of a digital audio device based on the generated user profile.

The Meta Headsets have an information collecting unit that determines whether or not the headsets are put on by the sensing unit. For example, the Meta Headsets include an accelerometer, a gyroscope, light sensing units such as side cameras and a proximity sensor, which in conjunction with a portion of a processor or a portion of a processor/memory chip set of the Meta Headsets, correspond to the claimed "information collecting unit" that determine, by using the sensed information provided by the sensing unit, whether or not the headset is put on. See the block diagram below of an exemplary Meta Headset and, in particular, the exemplary portion outlined in red (and pointed to by a red arrow).

## Block Diagram



**'439 Patent Claim 11**

A headset for a user specific audio service, comprising:

a sensing unit sensing whether or not the headset is put on;

an information collecting unit determining whether or not the headset is put on by the sensing unit and **collecting current situation information of a user when the headset is put on; and**

an information processing unit generating a user profile based on the current situation information of the user, the current situation information including information about the user's surroundings, and controlling an audio signal output of a digital audio device based on the generated user profile.

The information collecting unit of the Meta Headsets also collects current situation information of a user when the headsets are put on. For example, the collected user information includes, but is not limited to, information from infrared and/or visible light cameras, and/or from other sensors, of the Meta Headsets about position and/or movement of the user's hand and fingers tracked within specific areas. Additionally, the collected user information includes, for example, information about Wi-Fi networks within range and head tracking information. Each Meta Headset, through the information collecting unit, collects camera, sensor, hand and finger position and movement, head tracking, and Wi-Fi network information when the headset is put on.

**'439 Patent Claim 11**

A headset for a user specific audio service, comprising:

a sensing unit sensing whether or not the headset is put on;

an information collecting unit determining whether or not the headset is put on by the sensing unit and collecting current situation information of a user when the headset is put on; and

<span style="color:red">an information processing unit generating a user profile based on the current situation information of the user,</span> the current situation information including information about the user's surroundings, and controlling an audio signal output of a digital audio device based on the generated user profile.

The Meta Headsets have an information processing unit that generates a user profile based on the current situation information of the user. For example, the information processing unit of each Meta Headset includes a portion of a processor or a portion of a processor/memory chip set, such as the processor outlined in red below (and pointed to by the red arrow). The information processing unit of each Meta Headset also generates one or more user profiles based on the current situation of the user. As one example, the claimed "user profile" is, corresponds to a three-dimensional (3D) model of the user's hand. By way of an example, the information processing unit of each Meta Headset generates a 3D model of the user's hand based on the current situation information of the user, for example, by utilizing camera and sensor information relating to the position and/or movement of the user's hand.

# Block Diagram

In the annotated image below, the red arrow points to an exemplary 3D model of the user's hand as generated by Meta Headset.



**'439 Patent Claim 11**

A headset for a user specific audio service, comprising:

a sensing unit sensing whether or not the headset is put on;

an information collecting unit determining whether or not the headset is put on by the sensing unit and collecting current situation information of a user when the headset is put on; and

an information processing unit generating a user profile based on the current situation information of the user, **the current situation information including information about the user's surroundings,** and controlling an audio signal output of a digital audio device based on the generated user profile.

The current situation information includes information about the user's surroundings. The information about the user's surroundings includes, for example, camera and sensor information pertaining to the user's background and/or pertaining to objects other than the user. The generation of the 3D hand model of the user by Meta Headset is based at least in part on the information about the user's surroundings.

**'439 Patent Claim 11**

A headset for a user specific audio service, comprising:

a sensing unit sensing whether or not the headset is put on;

an information collecting unit determining whether or not the headset is put on by the sensing unit and collecting current situation information of a user when the headset is put on; and

an information processing unit generating a user profile based on the current situation information of the user, the current situation information including information about the user's surroundings, **and controlling an audio signal output of a digital audio device based on the generated user profile.**

The information processing unit of the Meta Headsets also controls an audio signal output of a digital audio device based on the generated user profile. For example, the Meta Headsets include a digital audio device may include an audio digital signal processor (DSP) and/or an audio amplifier, whose audio signal output is controlled based on the generated user profile. The first annotated figure below shows one such audio DSP and four such audio amplifiers (outlined in red and pointed to by a red arrow) in a Meta Headset block diagram. As another example, the digital audio device of the Meta Headsets may include an integrated audio DSP and/or a digital-to-analog converter (DAC), whose audio signal output is controlled based on the generated user profile.

The information processing unit controls the audio signal output of the digital audio device based on the generated user profile according to at least two alternative techniques.

In a first alternative, the information processing unit controls the audio signal output of the digital audio device based on the 3D model of the user's hand interacting with a user interface (UI) element, such as a window, a menu, or a button. See the second annotated figure below.

In a second alternative, the information processing unit controls the audio signal output of the digital audio device based on the 3D model of the user's hand interacting with a volume slider UI element to adjust audio volume levels. See the third annotated figure below.



With respect to the first alternative above, the annotated figure below shows a menu button (outlined in red) displayed in a Meta Headset, which controls an audio signal output based on the 3D hand model interacting with the menu button.



With respect to the second alternative above, the annotated figure below shows a volume slider UI element (outlined in red) displayed in a Meta Headset, which controls an audio signal output based on the 3D hand model interacting with the UI element.

