Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Sarah E. Fowler, Bar No. 264838
SFowler@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

Attorneys for Defendant META PLATFORMS, INC., a Delaware corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCEPTIX TECHNOLOGIES LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 8:25-cv-1404<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: June 30, 2025<br>Current response date: July 31, 2025<br>New response date: September 2, 2025 |

Plaintiff PERCEPTIX TECHNOLOGIES LLC ("Plaintiff") and Defendant META PLATFORMS, INC. (the "Meta"), by and through their respective counsel of record, stipulate and agree to extend the time for Meta to respond to Plaintiff's Complaint (ECF No. 1) as follows:

1. On June 30, 2025, Plaintiff filed their complaint. (ECF No. 1).

2. On July 10, 2025, Plaintiff served their Summons and Complaint on Meta. (ECF No. 12).

3. Pursuant to a stipulation made under Local Rule 8-3, the parties agree to extend Meta's time to respond to Plaintiff's Complaint by not more than 30 days, by and including September 2, 2025. The stipulation is being entered to allow the Parties additional time to discuss and confer about the allegations in the Complaint, Plaintiff's arguments concerning the allegations, and potential resolution of the Complaint allegations.

4. There have not been any prior requests for extensions submitted to the Court by any party.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: July 29, 2025 | **ORBIT IP, LLP** |
| 2 | | |
| 3 | | By: */s/ David A. Randall* |
| 4 | | David A. Randall<br>Ehab M. Samuel |
| 5 | | |
| 6 | | Attorneys for Plaintiff<br>Perceptix Technologies LLC |
| 7 | Dated: July 29, 2025 | **PERKINS COIE LLP** |
| 8 | | |
| 9 | | By: */s/ Sarah E. Piepmeier* |
| 10 | | Sarah E. Piepmeier<br>Sarah E. Fowler |
| 11 | | |
| 12 | | Attorneys for Defendant<br>META PLATFORMS, INC. |

|   |   |
|---|---|
| 1 | **FILER'S ATTESTATION** |
| 2 | Pursuant to Local Rule 5-4.3.4(a)(2)(1), Defendant Meta Platforms, Inc. |
| 3 | hereby attests that concurrence in the filing of this document and its contents was |
| 4 | obtained from all signatories listed above. |

By: */s/ Sarah E. Piepmeier*
Sarah E. Piepmeier

-1-

Case No. 8:25-cv-01404
STIP. FOR EOT TO RESPOND TO COMPLAINT