# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| PERCEPTIX TECHNOLOGIES LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 8:25-cv-1404-DOC-ADS<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

The Court having considered the Parties' Stipulated Protective Order, it is hereby ORDERED that the Stipulation is GRANTED.

**IT IS SO ORDERED.**

Dated: February 5, 2026                              /s/ Autumn D. Spaeth
                                                  Hon. Autumn D. Spaeth
                                                  U.S. MAGISTRATE JUDGE